**Hadi Syed ZAIDI; Ghazi Syed Zaidi, Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 04–76489.

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2008.*

Filed July 7, 2008.

Susan E. Hill, Esq., Hill & Piibe, Los Angeles, CA, for Petitioners.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Joan E. Smiley, Esq., Richard M. Evans, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, HAWKINS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Hadi Syed Zaidi and Ghazi Syed Zaidi, natives and citizens of Pakistan, petition for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's ("IJ") order denying their applications for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of constitutional violations in immigration proceedings, *Ram v. INS,* 243 F.3d 510, 516 (9th Cir.2001), and we deny the petition for review.

We are not persuaded by petitioners' contention that the IJ's denial of their cancellation applications prior to the adjudication of their father's cancellation application resulted in the deprivation of their rights. *See Munoz v. Ashcroft,* 339 F.3d 950, 954 (9th Cir.2003) ("Since discretionary relief is a privilege created by Congress, denial of such relief cannot violate a

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

substantive interest protected by the Due Process clause.").

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.